GALVESTON DIVISION

CASE NAME:   Tekoil and Gas Gulf Coast, LLC

Petition Date: 8/29/2008
CASE NUMBER:   08-80405-H3-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH  DEC  YEAR 2009

| MONTH | SEP '09 | OCT '09 | NOV '09 | DEC '09 |
|---|---|---|---|---|
| REVENUES (MOR-6) | (920) | (365) | 0 | 14,004 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (205,854) | (11,957) | (39,132) | 7,431 |
| NET INCOME (LOSS) (MOR-6) | (737,883) | (468,376) | (565,743) | (508,730) |
| PAYMENTS TO INSIDERS (MOR-9) | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 31,182 | | 12,438 | 6,086 |
| TOTAL DISBURSEMENTS (MOR-8) | 38,647 | 36,712 | 24,445 | 6,086 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

Are all accounts receivable being collected within terms?  Yes  (No)   *circle one*
Are all post-petition liabilities, including taxes, being paid within terms?   Yes   (No)
Have any pre-petition liabilities been paid?  Yes (No)  If so, describe

Are all funds received being deposited into DIP bank account?  (Yes)  No
Were any assets disposed of outside the normal course of business?  Yes  (No)
If so, describe

Are all U.S. Trustee Quarterly Fee: Payments current? (Yes)  No
What is the status of your Plan of Reorganization ?

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE          EXP.            DATE

| | |
|---|---|
| CASUALTY | YES ( ) NO ( ) |
| LIABILITY | YES ( ) NO ( ) |
| VEHICLE | YES ( ) NO ( ) |
| WORKERS | YES ( ) NO ( ) |
| OTHER | YES ( ) NO ( ) |

ALL ASSETS SOLD  NO INSURANCE REQUIRED

ATTORNEY NAME:  Patrick Neligan
FIRM: Neligan Foley LLP
ADDRESS:   325 N. St. Paul, Suite 3600
ADDRESS:
CITY, STATE  ZIP:  Dallas, TX 75201
TELEPHONE:   2148405300, 2148405301

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE _____

MOR-1

GALVESTON DIVISION

CASE NAME: Tekoil and Gas Gulf Coast, LLC

Petition Date: 8/29/2008
CASE NUMBER: 08-80405-H3-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH August   YEAR 2009

| MONTH | MAR '09 | APR. 09 | MAY 09 | JUNE 09 | JULY 09 | AUG. 09 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 112,327.24 | 167,290.35 | 82,333.02 | 92,410.00 | 303,723.09 | (31,678) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (253,135.28) | (94,661.99) | 1,462,164.0 | (477,289.62) | 417,521.90 | 123,232 |
| NET INCOME (LOSS)(MOR-6) | (725,232.90) | (248,741.25) | (180,459.71) | (1,054,598.62) | (47,245,448.44) | 602,446 |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 62,883.75 | 32,941.11 | 53,195.61 | 48,68270 | 90,476.40 | 128,768 |
| TOTAL DISBURSEMENTS (MOR-8) | 210,251.28 | 191,151 | 424,737.45 | 347,570 | 2,796,407 | 531,000 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms?  Yes   (No)
Are all post-petition liabilities, including taxes, being paid within terms?  Yes  (No)  If so, describe
Have any pre-petition liabilities been paid?  Yes (No)  If so, describe

Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business?  Yes  (No)
If so, describe

Are all U. S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization?

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _William_ _____
(ORIGINAL SIGNATURE)

TITLE _Financial Officer_

| | | DATE |
|---|---|---|
| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. | |
| CASUALTY | YES / NO / | |
| LIABILITY | YES / NO / | |
| VEHICLE | YES / NO / | |
| WORKERS | YES / NO / | |
| OTHER | YES / NO / | |

ALL ASSETS SOLD - NO INSURANCE REQUIRED

ATTORNEY NAME: Patrick Neligan
FIRM: Neligan Foley LLP
ADDRESS: 325 N. St. Paul, Suite 3600
ADDRESS:
CITY, STATE ZIP: Dallas, TX 75201
TELEPHONE: 2148405300, 2148405301

MOR-1

GALVESTON DIVISION

CASE NAME:   Tekoil and Gas Gulf Coast, LLC

Petition Date:  8/29/2008
CASE NUMBER:   08-80405-H3-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH FEB    YEAR 2009

| MONTH | SEP. 08 | OCT. 08 | NOV. 08 | DEC. 08 | JAN. 09 | FEB. 09 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 40,000 | | | (2,237) | 216,575 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (377,608) | (452,029) | (383,198) | (589,004) | (342,977) | 290,742 |
| NET INCOME (LOSS) (MOR-6) | (450,876) | (1,540,906) | (947,448) | (1,146,820) | (1,094,820) | (249,379) |
| PAYMENTS TO INSIDERS (MOR-9) | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 35,600 | 35,866 | 44,486 | 180,421 | 77,887 | 54,733 |
| TOTAL DISBURSEMENTS (MOR-8) | 437,133 | 395,230 | 211,630 | 419,446 | 256,838 | 222,448 |

**The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

Are all accounts receivable being collected within terms?   Yes   No (circled)
Are all post-petition liabilities, including taxes, being paid within terms?   Yes   No
Have any pre-petition liabilities been paid?   Yes   No (circled)   If so, describe

Are all funds received being deposited into DIP bank accounts?   Yes (circled)   No
Were any assets disposed of outside the normal course of business?   Yes   No (circled)   If so, describe

Are all U. S. Trustee Quarterly Fee Payments current?   Yes (circled)   No
What is the status of your Plan of Reorganization ?
FILED

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE      EXP.
                                    DATE

| | | |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | 5-1-09 |
| LIABILITY | YES ( ) NO ( ) | 5-1-09 |
| VEHICLE | YES ( ) NO ( ) | 5-4-09 |
| WORKER'S | YES ( ) NO ( ) | 5-2-09 |
| OTHER Umbrella Pkg. | YES ( ) NO ( ) | 5-2-09 |

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
                (ORIGINAL SIGNATURE)

TITLE  Financial Consultant

ATTORNEY NAME:  Patrick Neligan
FIRM:  Neligan Foley LLP*
ADDRESS:  325 N. St. Paul, Suite 3600
ADDRESS:
CITY, STATE  ZIP:  Dallas, TX 75201
TELEPHONE:  2148405300, 2148405301

MOR-1

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/29/2008 | MONTH SEP '09 | MONTH OCT '09 | MONTH NOV '09 | MONTH DEC '09 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 90,859 | 2,716,046 | 2,716,306 | 2,796,746 | 2,879,858 | | | |
| Accounts Receivable, Net | 1,627,398 | 216,936 | 196,936 | 196,936 | 196,936 | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | 628,865 | 187,767 | 187,768 | 83,035 | 7,500 | | | |
| Investments | | | | | | | | |
| Other | 5,868,162 | | | | | | | |
| **TOTAL CURRENT ASSETS** | 215,283 | 3,120,750 | 3,101,010 | 3,076,717 | 3,084,294 | | | |
| PROPERTY, PLANT&EQUIP. @ COST | 470,000 | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 470,000 | | | | | | | |
| **OTHER ASSETS:** | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subs | | | | | | | | |
| 3. | | | | | | | | |
| 4. (attach list) | | | | | | | | |
| **TOTAL ASSETS** | 685,283 | 3,120,750 | 3,101,010 | 3,076,717 | 3,084,294 | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/1/206

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/29/2008 | MONTH MAR '09 | MONTH APR. 09 | MONTH MAY 09 | MONTH June 09 | MONTH July 09 | MONTH Aug. 09 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 90,859 | 48,229 | 533,331 | 419,051 | 534,555 | 3,212,024 | 2,779,066 |
| Accounts Receivable, Net | 1,677,398 | 400,375 | 432,095 | 444,386 | 385,228 | 351,864 | 252,888 |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 628,865 | 158,520 | 158,520 | 158,520 | 157,393 | 187,767 | 187,767 |
| Investments | | | | | | | |
| Other | 5,868,162 | 5,940,188 | 6,019,962 | 6,019,962 | 6,019,962 | | |
| TOTAL CURRENT ASSETS | 8,215,283 | 6,547,312 | 7,143,909 | 7,041,919 | 7,097,137 | 3,751,656 | 3,220,215 |
| PROPERTY, PLANT&EQUIP. @ COST | 470,000 | 54,628,671 | 54,628,671 | 54,628,671 | 54,628,671 | | |
| Less Accumulated Depreciation | | (5,044,245) | (5,122,795) | (5,201,346) | (5,279,896) | | |
| NET BOOK VALUE OF PP & E | 470,000 | 49,584,426 | 49,505,876 | 49,427,326 | 49,348,775 | | |
| OTHER ASSETS: | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| TOTAL ASSETS | 8,685,283 | 56,131,738 | 56,649,785 | 56,469,245 | 56,445,912 | 3,751,656 | 3,220,215 |

*Per Schedules and Statement of Affairs

MOR-2

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/29/2008 | MONTH SEP. 08 | MONTH OCT. 08 | MONTH NOV. 08 | MONTH DEC. 08 | MONTH JAN. 09 | MONTH FEB. 09 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 90,859 | 814,947 | 509,368 | 301,049 | 138,563 | 43,123 | 138,707 |
| Accounts Receivable, Net | 1,627,398 | 518,219 | 626,784 | 623,473 | 623,473 | 523,150 | 460,315 |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 628,865 | 632,981 | 690,404 | 690,404 | 691,904 | 158,520 | 158,520 |
| Investments | | | | | | | |
| Other | 5,868,162 | 5,679,261 | 5,901,163 | 5,911,965 | 5,911,965 | 5,921,671 | 5,931,39 |
| TOTAL CURRENT ASSETS | 8,215,283 | 7,845,409 | 7,727,720 | 7,526,891 | 7,371,905 | 6,646,465 | 6,628,99 |
| PROPERTY, PLANT&EQUIP. @ COST | 470,000 | 54,623,671 | 54,628,671 | 54,628,671 | 54,628,671 | 54,628,671 | 54,628,671 |
| Less Accumulated Depreciation | | (4,512,942) | (4,651,493) | (4,730,043) | (4,808,594) | (4,887,144) | (4,965,694) |
| NET BOOK VALUE OF PP & E | 470,000 | 50,050,729 | 49,977,179 | 49,898,628 | 49,820,077 | 49,741,527 | 49,662,97 |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| TOTAL ASSETS | 8,685,283 | 57,896,138 | 57,704,898 | 57,425,519 | 57,191,963 | 56,387,992 | 56,291,97 |

*Per Schedules and Statement of Affairs

NOTE: No recognition for asset impairment attributable to damage from hurricane IKE has been made.

MOR-2

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/29/2008 | MONTH SEP '09 | MONTH OCT '09 | MONTH NOV '09 | MONTH DEC '09 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 6,736,087 | 7,184,863 | 7,706,313 | 8,242,622 | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 38,013,936 | 38,017,853 | 38,017,853 | 38,017,853 | 38,017,853 | | |
| Priority Debt | 686,640 | 672,721 | 672,721 | 672,721 | 672,724 | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 7,920,873 | 11,514,079 | 11,514,079 | 11,514,079 | 11,514,075 | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 45,622,448 | 50,204,653 | 50,204,654 | 50,204,655 | 50,204,653 | | |
| TOTAL LIABILITIES | 45,622,448 | 56,940,740 | 57,389,517 | 57,910,967 | 58,447,274 | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 | | |
| ADDITIONAL PAID-IN CAPITAL | 69,643,163 | (28,073,320) | (28,073,320) | (28,673,320) | (28,673,320) | | |
| RETAINED EARNINGS: Filing Date | (37,237,365) | (57,553,948) | (58,024,095) | (58,527,787) | (59,034,457) | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | (53,819,990) | (54,288,507) | (54,854,250) | (55,363,190) | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | 8,685,283 | 3,120,750 | 3,101,010 | 3,096,717 | 3,084,294 | | |

MOR-3

*Per _Schedules and Statement of Affairs_

Revised 6/14/96

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/29/2008 | MONTH MAR '09 | MONTH APR. 09 | MONTH MAY 09 | MONTH JUNE 09 | MONTH JULY 09 | MONTH AUG. 09 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 4,451,720 | 5,624,505 | 6,433,654 | 7,463,034 | 6,026,663 | 6,091,762 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable-Secured | 38,013,936 | 38,017,853 | 38,017,853 | 38,017,853 | 38,017,853 | 38,017,853 | 38,017,853 |
| Priority Debt | 688,440 | 672,721 | 672,721 | 672,721 | 672,721 | 672,721 | 672,721 |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 7,220,073 | 15,533,167 | 15,533,171 | 15,531,942 | 15,531,937 | 11,514,080 | 11,514,050 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 45,922,649 | 54,223,745 | 54,223,745 | 54,222,516 | 54,222,511 | 50,204,463 | 50,204,625 |
| **TOTAL LIABILITIES** | 45,922,649 | 59,848,250 | 59,848,250 | 60,656,169 | 61,685,545 | 56,231,316 | 56,302,424 |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 | 32,405,798 |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | (6,943,163) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,331) |
| RETAINED EARNINGS: Post Filing Date | (31,237,365) | (6,283,201) | (6,931,942) | (7,920,402) | (8,913,110) | (9,213,138) | (9,815,587) |
| TOTAL OWNER'S EQUITY (NET WORTH) | (31,237,365) | (2,549,723) | 3,198,963 | (4,186,924) | (5,239,632) | (5,479,661) | (3,082,120) |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 8,685,283 | 56,131,738 | 56,649,786 | 56,469,245 | 56,445,913 | 3,751,656 | 3,220,31 |

MOR-3

*Per _Schedules_ and _Statement of Affairs_

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/29/2008 | MONTH SEP.08 | MONTH OCT.08 | MONTH NOV.08 | MONTH DEC.08 | MONTH JAN.09 | MONTH FEB.09 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 144,856 | 1,577,648 | 2,071,567 | 2,967,150 | 3,713,504 | 3,865,718 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 38,013,936 | 37,457,959 | 37,058,161 | 38,017,863 | 38,017,853 | 38,017,853 | 38,017,853 |
| Priority Debt | 688,640 | 672,721 | 672,721 | 672,721 | 672,721 | 672,721 | 672,721 |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 7,220,073 | 15,837,999 | 15,754,572 | 16,064,383 | 16,068,148 | 15,532,026 | 15,533,168 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 45,922,648 | 54,468,679 | 54,385,454 | 54,759,957 | 54,758,722 | 54,222,600 | 54,223,742 |
| **TOTAL LIABILITIES** | 45,922,648 | 54,613,536 | 55,963,122 | 56,831,524 | 57,745,872 | 57,936,104 | 58,089,460 |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 324,405,798 | 324,405,798 | 324,405,798 | 324,405,798 | 324,405,798 | 324,405,798 | 324,405,798 |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Due | (69,643,163) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,320) | (28,672,320) |
| RETAINED EARNINGS: Post Filing Date | | (450,876) | (1,991,701) | (3,139,482) | (4,287,361) | (5,284,584) | (5,530,961) |
| TOTAL OWNERS EQUITY (NET WORTH) | (37,237,365) | 3,282,602 | 1,741,777 | 593,996 | (553,889) | (1,546,111) | (1,797,440) |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 8,685,283 | 57,896,137 | 57,704,898 | 57,425,520 | 57,191,983 | 56,387,092 | 56,291,970 |

*Per Schedules and Statement of Affairs*

Revised 11/96

MOR-3

CASE NAME:   Texoil and Gas Gulf Coast, LLC

CASE NUMBER:   08-80405-H3-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH SEP '09 | MONTH OCT '09 | MONTH NOV '09 | MONTH DEC '09 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 81,700 | 73,915 | 67,130 | 64,980 | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | 6,348,505 | 6,805,066 | 7,331,829 | 7,848,138 | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | 305,882 | 305,882 | 397,353 | 332,504 | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 6,736,087 | 7,184,863 | 7,726,312 | 8,242,622 | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/15/99

CASE NAME:   Tekoil and Gas Gulf Coast, LLC

CASE NUMBER:   08-80405-H3-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH MAR '09 | MONTH APR 09 | MONTH MAY 09 | MONTH JUNE 09 | MONTH JULY 09 | MONTH AUG 09 |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | 171,879 | 158,747 | 146,044 | 328,117 | 286,658 | 91,009 |
| **TAX PAYABLE:** | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | 83,333 | 83,333 | | |
| Other Taxes | | | | | | |
| **TOTAL TAXES PAYABLE** | | | 83,333 | 83,333 | | |
| **SECURED DEBT POST-PETITION** | 428,983 | 528,983 | 758,983 | 1,058,983 | | |
| **ACCRUED INTEREST PAYABLE** | 3,350,789 | 3,836,365 | 4,309,650 | 4,873,728 | 5,337,029 | 5,816,474 |
| **\*ACCRUED PROFESSIONAL FEES:** | | | | | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | |
| 1. ACCRUED LOAN FEES (DIP) | 1,377 | 2,892 | 4,284 | 4,323 | | |
| 2. ACCRUED ACCOUNTS PAYABLE | 504,693 | 547,518 | 631,359 | 614,550 | 402,976 | 190,283 |
| 3. SALE DEPOSITS | | 500,000 | 500,000 | 500,000 | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 4,457,720 | 5,624,505 | 6,433,654 | 7,463,034 | 6,026,663 | 6,097,766 |

\* Payment Requires Court Approval.

MOR-4

Revised 01/24/99

CASE NAME: Tekoil and Gas Gulf Coast, LLC

CASE NUMBER: 08-80405-H3-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH SEP. 08 | MONTH OCT. 08 | MONTH NOV. 08 | MONTH DEC. 08 | MONTH JAN. 09 | MONTH FEB. 09 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 82,962 | 421,345 | 512,014 | 749,668 | 631,897 | 513,961 |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | 50,680 | 101,360 | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 50,680 | 101,360 | | | | |
| SECURED DEBT POST-PETITION | | | | 250,000 | 310,000 | 310,000 |
| ACCRUED INTEREST PAYABLE | | 1,054,943 | 1,512,754 | 1,987,452 | 2,451,480 | 2,921,446 |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. WAGES/SALARIES | 11,214 | | 7,097 | | | |
| 2. A/P | | | 39,702 | 1,030 | 1,235 | |
| 3. DIP (ACCRUED LOAN FEES) | | | | | 118,891 | 120,309 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 144,856 | 1,577,648 | 2,071,567 | 2,987,150 | 3,713,504 | 3,865,718 |

* Payment Requires Court Approval.

MOR-4

CASE NAME: TekOil and Gas Gulf Coast, LLC

CASE NUMBER: 08-80405-H3-11

## AGING OF POST-PETITION LIABILITIES

MONTH DEC 2009

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|------|-------|-------------|-----------|-------------|--------------------------|-------|
| 0-30 | 516,308 | | | | | 516,308 |
| 31-60 | 548,236 | | | | | 548,236 |
| 61-90 | 457,738 | 1,178 | | | | 456,560 |
| 91 + | 6,720,340 | 60,802 | | | | 6,659,538 |
| TOTAL | 8,242,622 | 61,980 | | | | 8,180,642 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | TRADE ACCOUNTS |
|-------|----------------|
| 0-30 DAYS | |
| 31-60 DAYS | |
| 61-90 DAYS | |
| 91 + DAYS | 196,936 |
| TOTAL | 196,936 |

MOR-5

Revised 5/11/06

## STATEMENT OF INCOME (LOSS)

| MONTH | SEP '09 | OCT '09 | NOV '09 | DEC '09 | FILING TO DATE |
|---|---|---|---|---|---|
| REVENUES (MOR-1) | (820) | (365) | - | 14,004 | |
| TOTAL COST OF REVENUES | 2147 | 2 | | | |
| GROSS PROFIT | (3,067) | (367) | - | 14,004 | |
| OPERATING EXPENSES: | | | | | |
| Selling & Marketing | | | | | |
| General & Administrative | 46,986 | 4,190 | 5,222 | 487 | |
| Insiders Compensation | | | | | |
| Professional Fees | 155,801 | 10,400 | 33,910 | 6,086 | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL OPERATING EXPENSES | 202,787 | 11,590 | 39,132 | 6,573 | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | (205,854) | (11,957) | (39,132) | 7,431 | |
| INTEREST EXPENSE | 532,029 | 456,559 | 526,764 | 516,308 | |
| DEPRECIATION | | | | | |
| OTHER (INCOME) EXPENSE* | | | (153) | (147) | |
| OTHER ITEMS** | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 532,029 | 456,559 | 526,611 | 516,161 | |
| NET INCOME BEFORE TAXES | (737,883) | (468,516) | (565,743) | (508,730) | |
| FEDERAL INCOME TAXES | | | | | |
| NET INCOME (LOSS) (MOR-1) | (737,883) | (468,516) | (565,743) | (508,730) | |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 5/14/98

## STATEMENT OF INCOME (LOSS)

| MONTH | MAR '09 | APR. 09 | MAY 09 | JUNE 09 | JULY 09 | AUG. 09 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 112,327 | 107,290 | 82,333 | 92,410 | 303,723 | (31,876) | 920,514 |
| TOTAL COST OF REVENUES | 185,517 | 115,484 | 260,906 | 407,336 | (41,782) | 14,538 | 1,974,491 |
| GROSS PROFIT | (73,190) | (8,193) | (178,573) | (314,924) | 345,505 | 46,416 | 1,053,944 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 9,948 | 51,280 | 178,920 | 73,728 | 92,863 | 3,564 | 878,837 |
| Insiders Compensation | | | | | | | 180,000 |
| Professional Fees | 169,998 | 32,109 | 104,671 | 38,636 | 205,100 | 73,252 | 1,041,176 |
| Other (attach list) | | | | | | | 648 |
| | | | | | | | |
| TOTAL OPERATING EXPENSES | 179,946 | 86,469 | 283,591 | 112,364 | 297,983 | 76,816 | 2,113,089 |
| INCOME BEFORE INC DEP/TAX (MOR-1) | (253,135) | (94,662) | (462,164) | (427,290) | 47,522 | 123,232 | 3,167,033 |
| INTEREST EXPENSE | 429,343 | 485,576 | 473,285 | 564,077 | 503,909 | 479,447 | 5,929,161 |
| DEPRECIATION | 78,550 | 78,550 | 78,550 | 78,550 | 78,550 | | 864,050 |
| OTHER (INCOME) EXPENSE* | (8,795) | (10,047) | (10,049) | (10,377) | (9,900) | (233) | (112,268) |
| OTHER ITEMS** | | | 15,441** | | 46,721,411 | | 46,829,107 |
| TOTAL INT, DEPR & OTHER ITEMS | 499,098 | 554,079 | 526,296 | 632,250 | 47,292,970 | 479,214 | 53,510,041 |
| NET INCOME BEFORE TAXES | (752,233) | (646,741) | (988,460) | (1,059,540) | (47,245,448) | (602,446) | (56,677,121) |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 752,233 | 648,741 | 988,460 | 1,059,540 | 47,245,448 | 602,446 | 56,677,121 |

** PRIOR PERIOD ADJUSTMENTS

① LOSS ON SALE OF ASSETS

Actual Incoming Required, Otherwise Expense With Explanation

\* Footnote Mandatory

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business, explains finance

MOR-6

## STATEMENT OF INCOME (LOSS)

| MONTH | SEP. 08 | OCT. 08 | NOV. 08 | DEC. 08 | JAN. 09 | FEB. 09 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | 40,000 | | | 2,237 | 216,575 | 254,338 |
| TOTAL COST OF REVENUES | 254,832 | 324,772 | 74,383 | 361,345 | 188,048 | (170,888) | 1,032,492 |
| GROSS PROFIT | (254,832) | (284,772) | (74,383) | (361,345) | (190,285) | 387,463 | (778,154) |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 42,175 | 86,391 | 98,001 | 133,986 | 68,786 | 36,177 | 465,516 |
| Insiders Compensation | 45,000 | 45,000 | 45,000 | 45,000 | | | 180,000 |
| Professional Fees | 35,601 | 35,866 | 105,824 | 48,674 | 77,425 | 60,544 | 423,923 |
| Other (attach list) | | | | | 6,481 | | 6,481 |
| | | | | | | | |
| TOTAL OPERATING EXPENSES | 122,775 | 167,257 | 308,814 | 227,660 | 152,692 | 96,721 | 1,075,920 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | (377,608) | (452,029) | (383,198) | (589,004) | (342,977) | 290,742 | (1,854,074) |
| INTEREST EXPENSE | 58,17 | 1,032,228 | 545,852 | 474,689 | 406,415 | 464,906 | 2,944,475 |
| DEPRECIATION | 78,551 | 78,550 | 78,550 | 78,550 | 78,550 | 78,550 | 471,302 |
| OTHER (INCOME) EXPENSE* | (11,099) | (21,902) | 19,802 | | (9,706) | (9,722) | (63,231) |
| OTHER ITEMS** | | | 650 | 4,567 | 116,544 | 1,328 | 123,139 |
| TOTAL INT, DEPR & OTHER ITEMS | 73,268 | 1,088,876 | 614,250 | 557,806 | 651,853 | 540,121 | 3,526,185 |
| NET INCOME BEFORE TAXES | (450,876) | (1,540,906) | (997,448) | (1,146,820) | (994,830) | (249,379) | (5,389,256) |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | (450,876) | (1,540,906) | (997,448) | (1,146,820) | (994,830) | (249,379) | (5,380,256) |

Accrual Accounting Required, Otherwise Footnote With Explanation

\* Footnote Mandatory

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business, requires footnote

MOR-6

Revised 6-14-96

| CASH RECEIPTS AND DISBURSEMENTS | MONTH SEP '09 | MONTH OCT '09 | MONTH NOV '09 | MONTH DEC '09 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH – BEGINNING OF MONTH | 2,779,640 | 2,714,046 | 2,714,306 | 2,714,746 | | | 90,859 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | (9,132) | 16,801 | | | | | 674,090 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 36,984 | 20,000 | | | | | 1,537,021 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 1,743,000 |
| 5. SALE OF ASSETS | | | | | | | 4,040,000 |
| 6. OTHER (attach list) | 180 | 171 | 1,074,835 | 89,199 | | | 343,9__ |
| TOTAL RECEIPTS | 35,032 | 36,972 | 1,074,885 | 89,199 | | | 8,390,041 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 263,163 |
| 8. PAYROLL TAXES PAID | | | | | | | 112,321 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 7,616 |
| 10. SECURED / RENTAL / LEASES | | | | | | | 97,602 |
| 11. UTILITIES | | | | | | | 32,857 |
| 12. INSURANCE | 40,969 | | | | | | 642,717 |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 20,626 | 19,325 | | | | | 917,622 |
| 17. ADMINISTRATIVE & SELLING | 4,849 | 17,337 | 1,607 | | | | 487,221 |
| 18. OTHER (attach list) | 67,464 | 36,712 | | | | | 1,881,57_ |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 21,183 | 36,712 | 1,607 | | | | 4,493,11_ |
| 19. PROFESSIONAL FEES | | | 12,438 | 6,086 | | | 895,75_ |
| 20. U.S. TRUSTEE FEES | | | 10,400 | | | | 32,17_ |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 180,000 |
| TOTAL DISBURSEMENTS | 98,647 | 36,712 | 24,445 | 6,086 | | | 5,601,0__ |
| 22. NET CASH FLOW | (63,615) | 260 | 80,440 | 83,113 | | | 2,789,000 |
| 23. CASH - END OF MONTH (line2-23) | 2,714,046 | 2,714,306 | 2,714,746 | 2,879,859 | | | 2,879,85_ |

MOR-7

*Applies to Individual debtor's only.

Revised 6/1/96

| CASH RECEIPTS AND DISBURSEMENTS | MONTH MAR '09 | MONTH APR. 09 | MONTH MAY 09 | MONTH JUNE 09 | MONTH JULY 09 | MONTH AUG. 09 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 138,708 | 48,229 | 533,331 | 419,049 | 534,655 | 3,212,024 | 90,859 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 119,772 | 105,982 | 70,042 | 132,892 | 80,057 | 8,581 | 661,421 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | 18,677 | | 90,411 | 1,420,040 |
| 4. LOANS & ADVANCES (attach list) | | 570,000 | 230,000 | 300,000 | 333,000 | | 1,743,000 |
| 5. SALE OF ASSETS | | | | | 4,040,000 | | 4,040,000 |
| 6. OTHER (attach list) | | 271 | 10,413 ① | 11,505 ① | 1,020,892 ② | 233 | 199,442 |
| TOTAL RECEIPTS | 119,772 | 676,252 | 310,455 | 463,073 | 5,473,836 | 90,644 | 8,123,952 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 15,623 | 22,573 | 13,858 | 15,842 | 18,800 | 8,581 | 263,637 |
| 8. PAYROLL TAXES PAID | 6,072 | 8,677 | 5,063 | 6,004 | 7,126 | 3,520 | 112,226 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 7,663 |
| 10. SECURED/ RENTAL / LEASES | 24,550 | 1,750 | 20,298 | | | 3,000 | 93,607 |
| 11. UTILITIES | 117 | 486 | 10,459 | | 10,039 | 6,106 | 32,857 |
| 12. INSURANCE | 4,720 | | 17,335 | 65,280 | 84,977 | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 73,289 | 8,715 | 64,747 | 86,836 | 52,606 | 342,822 | 896,99 |
| 17. ADMINISTRATIVE & SELLING | 6,672 | 44,757 | 74,093 | 6,403 | 7,549 | 33,290 | 464,377 |
| 18. OTHER (attach list) | 16,325 | 70,000 | | 118,519 | 2,524,821 ③ | | 1,864,23 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 147,368 | 158,159 | 366,653 | 298,085 | 1,705,931 | 347,379 | 4,387,32 |
| 19. PROFESSIONAL FEES | 62,883 | 32,491 | 53,196 | 46,683 | 90,476 | 128,768 | 846,05 |
| 20. U.S. TRUSTEE FEES | | | 4,889 | | | 4,861 | 21,77 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 180,000 |
| TOTAL DISBURSEMENTS | 210,251 | 191,150 | 424,737 | 347,567 | 2,794,467 | 531,008 | 5,435,15 |
| 22. NET CASH FLOW | (90,479) | 485,103 | (114,282) | 115,506 | 2,677,469 | (4,322,364) | 2,688,80 |
| 23. CASH - END OF MONTH (mo-2) | 48,229 | 533,331 | 419,049 | 534,555 | 3,212,024 | 2,779,660 | 2,779,660 |

*Applies to individual debtor's only.

MOR-7

① INTEREST INCOME

② INTEREST INCOME-TRANSFER FROM CD, PLUS $1,000,000 SALE DEPOSIT

③ $1,000,000 RETURN OF SALE DEPOSIT, $1,524,834 PAYBACK OF DIP LOAN

| CASH RECEIPTS AND DISBURSEMENTS | MONTH SEP.08 | MONTH OCT.08 | MONTH NOV.08 | MONTH DEC.08 | MONTH JAN.09 | MONTH FEB.09 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 90,859 | 814,947 | 509,368 | 301,049 | 138,563 | 43,123 | 90,859 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | 40,000 | | | | 112,676 | 152,676 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,152,535 | 44,208 | 3,311 | | 97,012 | 60,886 | 1,362,952 |
| 4. LOANS & ADVANCES (attach list) | | | | 250,000 | 60,000 | | 310,000 |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | 443 | | 6,400 | 41,386 | 144,464 | 156,253 |
| TOTAL RECEIPTS | 1,152,535 | 89,651 | 3,311 | 256,960 | 101,398 | 319,026 | 1,901,881 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 70,939 | 29,039 | 16,242 | 18,634 | 15,850 | 16,649 | 167,354 |
| 8. PAYROLL TAXES PAID | 34,346 | 12,017 | 6,689 | 7,615 | 7,295 | 7,603 | 75,565 |
| 9. SALES, USE & OTHER TAXES PAID | 7,603 | | | | | | 7,603 |
| 10. SECURED/RENTAL/LEASES | | 7,000 | 2,000 | | 9,500 | 25,504 | 44,004 |
| 11. UTILITIES | | 2,514 | | 3,056 | | 15 | 5,585 |
| 12. INSURANCE | 60,000 | 69,752 | 56,225 | 64,284 | 63,168 | 6,007 | 319,436 |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 174,899 | 122,117 | 18,100 | 18,322 | 62,158 | 47,285 | 267,982 |
| 17. ADMINISTRATIVE & SELLING | | 55,031 | 22,238 | 14,409 | 29,980 | 3,252 | 290,809 |
| 18. OTHER (attach list) | | 16,569 | | 63,075 | | 54,912 | 134,556 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 347,847 | 314,039 | 121,441 | 189,345 | 178,951 | 101,227 | 1,312,954 |
| 19. PROFESSIONAL FEES | 35,600 | 35,866 | 444,486 | 180,481 | 77,887 | 54,733 | 429,053 |
| 20. U.S. TRUSTEE FEES | | 325 | 650 | 4,569 | | 6,481 | 12,025 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 45,000 | 45,000 | 45,000 | 45,000 | | | 180,000 |
| TOTAL DISBURSEMENTS | 428,447 | 395,230 | 211,630 | 419,446 | 256,838 | 222,441 | 1,934,032 |
| 22. NET CASH FLOW | 724,088 | (305,579) | (208,319) | (162,486) | (95,440) | 95,585 | 47,849 |
| 23. CASH - END OF MONTH (mor-2) | 814,947 | 509,368 | 301,049 | 138,563 | 43,123 | 138,708 | 138,708 |

MOR-7

*Applies to Individual debtor's only.

Revised 11/96

CASE NAME: Tekoil and Gas Gulf Coast, LLC

CASE NUMBER: 08-80405-H3-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF DEC 2009

| BANK NAME | Amegy Bank | Amegy Bank | Amegy Bank | Amegy Bank | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 000 3926338 | # 0003926370 | # 0003720257 | # 005305932 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | BLOCKED RECEIVABLES | AUCTION DEPOSITS | |
| BANK BALANCE | 211,211 | 0 | 2,324,824 | 347,788 | 2,883,823 |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | (3,965) | | | | (3,965) |
| ADJUSTED BANK BALANCE | 207,246 | 0 | 2,324,824 | 347,788 | 2,879,858 |
| BEGINNING CASH - PER BOOKS | 124,281 | 0 | 2,324,824 | 347,641 | 2,796,745 |
| RECEIPTS | 89,052 | | | 147 | 89,199 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | (6,086) | | | | (6,086) |
| ENDING CASH - PER BOOKS | 207,246 | 0 | 2,324,824 | 347,788 | 2,879,858 |

MOR-8

Revised 04/1998

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH SEP '09 | MONTH OCT '09 | MONTH NOV '09 | MONTH DEC '09 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. BRADFORD C. WALKER | 9,356 | | 2,313 | 2,180 | | |
| 2. William L. Rogers | 21,826 | | 10,125 | 3,906 | | |
| 3. PORTER & HEDGES | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 31,182 | 0 | 12,438 | 6,086 | | |

MOR-9

Revised 6.14.99

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.). (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH MAR '09 | MONTH APR.09 | MONTH MAY 09 | MONTH JUNE 09 | MONTH JULY 09 | MONTH AUG. 09 |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH MAR.09 | MONTH APR.09 | MONTH MAY 09 | MONTH JUNE 09 | MONTH JULY 09 | MONTH AUG.09 |
|---|---|---|---|---|---|---|
| 1. BRADFORD C. WALKER | 40,726.08 | 16,207.18 | 32,064.53 | 16,000.00 | 64,000.00 | 32,831.000 |
| 2. WILLIAM L. ROBERTS | 22,157.67 | 16,783.93 | 21,131.08 | 32,682.70 | 26,476.40 | 21,235.00 |
| 3. PORTER AND HEDGES | | | | | | 74,702.00 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 62,883.75 | 32,991.11 | 53,195.61 | 48,682.70 | 90,476.40 | 128,768.00 |

MOR-9

PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH SEP. 08 | MONTH OCT. 08 | MONTH NOV. 08 | MONTH DEC. 08 | MONTH JAN. 09 | MONTH FEB. 09 |
|---|---|---|---|---|---|---|
| 1. PAYROLL & GAS CORPORATION/SHAREHOLDER FEES | 45,000.00 | 45,000.00 | 45,000.00 | 45,000.00 | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. BRADFORD C. WALKER | 35,600.00 | 35,865.97 | 44,185.85 | 25,693.06 | 49,887.13 | 32,330.00 |
| 2. WILLIAM L. ROBERTS | | | | 54,490.63 | 28,000.00 | 22,403.00 |
| 3. PORTER AND HEDGES | | | | 100,297.53 | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9